UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NZERIBE CHARLES ONUMONU,<br><br>              Petitioner,<br>   vs.<br>GABRIEL VALDEZ, et al.,<br>              Respondent. | Case No. CV 13-1180 JSL (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 7/22/13

_Spencer Letts_
HON. J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE